## Louisville & Nashville R. R. Co. v. Commonwealth, by, etc.

(Decided January 28, 1913.)

### Appeal from Shelby Circuit Court.

Escheat—Railroad Corporation.—In view of the peculiar facts of this case, that part of the opinion escheating lot No. 9, is withdrawn, and cause remanded with directions to permit parties to take additional proof with respect to lot No. 9.

LUTHER C. WILLIS, BENJAMIN D. WARFIELD, for appellant.

GEO. L. PICKETT, PICKETT & BARRICKMAN, BEARD & MARSHALL, for appellee.

OPINION OF THE COURT BY WILLIAM ROGERS CLAY, COMMISSIONER—Modifying former opinion.

In our former opinion we remanded this cause with directions to escheat lot No. 9., L. &. N. R. R. Co. v. Commonwealth of Kentucky, by et al, 151 Ky., 325. Upon a consideration of that part of the opinion, we conclude, in view of the peculiar facts of this case, that the parties should be given another opportunity to take proof in regard to lot No. 9. Wherefore, that part of the opinion escheating lot No. 9 is withdrawn, and the opinion modified as herein indicated.

Judgment reversed and cause remanded for proceedings consistent with this opinion.

Whole court sitting.